RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for DaJuan Lamar Gamble

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAJUAN LAMAR GAMBLE,<br><br>　　　　Defendant. | Case No. 2:22-cr-00267-JAD-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF Nos. 34 and 35] TO DEFENDANT'S MOTIONS TO DISMISS [ECF Nos. 27 and 28]**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for DaJuan Lamar Gamble, that the Objection to Report and Recommendation (ECF No. 34) to Defendant's Motion to Dismiss (ECF No. 27) currently set for July 31, 2023, and the Objection to Report and Recommendation (ECF No. 35) to Defendant's Motion to Dismiss (ECF No. 28) currently set for August 8, 2023 be vacated and continued and reset to August 14, 2023.

The Stipulation is entered into for the following reasons:

1. Defense counsel is out of the district for training and needs additional time to review the case and draft her objections to the Report and Recommendation.

2. The defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defense sufficient time to address issues brought up in the Report and Recommendation.

This is the first stipulation to continue filed herein.

DATED this 25th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |   */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00267-JAD-EJY |
| Plaintiff, | ORDER |
| v. | |
| DAJUAN LAMAR GAMBLE, | |
| Defendant. | |

Based on the stipulation [ECF No. 36] and good cause appearing,

IT IS ORDERED that the deadlines for Objections to the Reports and Recommendation [ECF Nos. 34 & 35], currently due on July 31, 2023, and August 8, 2023, are continued to August 14, 2023.

_____
UNITED STATES DISTRICT JUDGE
DATED this 27th day of July 2023.