# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAJUAN LAMAR GAMBLE, <br><br> Defendant. | Case No. 2:22-cr-00267-JAD-EJY **ORDER** <br><br> **ECF No. 58** |

    Based on the parties' stipulation, IT IS THEREFORE ORDERED that all trial documents currently due on October 10, 2023, be filed and continued to October 17, 2023. Additionally, IT IS ORDERED that the calendar call is rescheduled for October 18, 2023, at 9:30 a.m.

    DATED this 10th day of October 2023.

_____
UNITED STATES DISTRICT JUDGE