UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America                  2:22-cr-00267-JAD-EJY

vs.                  MINUTES OF THE COURT

Dajuan Lamar Gamble                  DATE: 10/23/2023

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Summer Rivera       REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Daniel Cowhig, David Kiebler

COUNSEL FOR DEFENDANT(S): Keisha Matthews, Heidi Ojeda

PROCEEDINGS: Jury Trial - Day 1

8:49 AM Court convenes outside the presence of the prospective jury. Defendant is present in custody.  All parties are present.

The Court makes preliminary remarks and hears argument from counsel re: ECF. No 80.

8:57: AM The courtroom is cleared and the Court canvasses the Defendant outside the presence of the Government.

9:04 AM The Government returns to the courtroom.

The Court Denies [80] Motion for continuance and status conference.

9:16 The Court stands at recess.

9:45 AM Court convenes outside the presence of the prospective jury. All Parties are present.

Housekeeping matters are discussed.

Fifty-Four Prospective jurors enter the courtroom.

The Court makes opening remarks, introduces the staff, has counsel introduce themselves and gives a summary of the case to the prospective jurors. The prospective jurors are sworn, and voir dire commences.

The Court is advised that the Defendant would like to withdraw his plea of not guilty and enter a guilty plea to count 1 of the Indictment [ECF No. 14] without a written plea agreement.

The prospective jurors are excused and escorted back to the jury assembly room.

The Court is advised that the defendant wishes to plead guilty without a plea agreement. Defendant is sworn and canvassed. Defendant pleads GUILTY to count 1 of the Indictment [14] without a written plea agreement. Court accepts the guilty plea. This matter is referred to the probation department for investigation and report. Trial setting as to this defendant is vacated. Court adjourns. Defendant is remanded to custody.

11:20 AM Court Adjourns.

**Sentencing and disposition set for Monday, January 22, 2024 at 10:00 AM in LV Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk