UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00267-JAD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DAJUAN LAMAR GAMBLE, | |
| Defendant. | |

Before the Court is the Motion for Leave to File Motion to Withdraw as Counsel Under Seal and Ex Parte (the "Motion to Seal"). ECF No. 84. The Motion to Seal demonstrates the Motion to Withdraw contains privileged information unsuitable for disclosure to the public or the government. Thus, the Court finds that the Motion to Seal is properly granted.

Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to File Motion to Withdraw as Counsel Under Seal and Ex Parte (ECF No. 84) is GRANTED and shall remain sealed.

IT IS FURTHER ORDERED that ECF No. 85 (the Motion to Withdraw) is and shall remain sealed.

Dated this 8th day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE