UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAJUAN L. GAMBLE,<br><br>　　　　　Defendant. | Case No.: 2:22-cr-267-JAD<br><br>ECF No. 90 |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for January 22, 2024, at the hour of 10:00 am., be vacated and continued to April 30, 2024, at 11:00 a.m.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2023.