UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAJUAN L. GAMBLE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:22-cr-267-JAD-EJY <br><br> ECF No. 94 |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for April 30, 2024, at the hour of 11:00 am., be vacated and continued to July 1, 2024, at 10:00 a.m.

DATED: March 14, 2023

_____
UNITED STATES DISTRICT JUDGE