1  BOIES SCHILLER FLEXNER LLP
   RICHARD J. POCKER, ESQ.
2  Nevada Bar No. 3568
3  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
4  Telephone (702) 382-7300
   Email: rpocker@bsfllp.com
5
6  Attorney for Defendant
   DAJUAN LAMAR GAMBLE
7

8                    UNITED STATES DISTRICT COURT
9                        FOR THE DISTRICT OF NEVADA
10

11 UNITED STATES OF AMERICA,         )
12                                   )
                 Plaintiff,           )   Case No.: 2:22-cr-267-JAD
13                                   )
14 v.                                )   **STIPULATION AND ORDER**
                                     )   **REGARDING DUE DATE FOR**
15 DAJUAN L. GAMBLE                  )   **DEFENDANT DAJUAN L.**
                                     )   **GAMBLE'S REPLY IN SUPPORT**
16               Defendant.          )   **OF HIS MOTION TO WITHDRAW**
17                                   )   **PLEA OF GUILTY**   ECF No. 97

18      IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES

19 OF AMERICA (hereinafter "the Government") by and through Jason Frierson, United States

20 Attorney, Daniel J. Cowhig and David Kiebler, Assistant United States Attorneys, and

21 Defendant DAJUAN L GAMBLE, by and through his attorney, Richard J. Pocker, Esq. of the

22 law firm of Boies Schiller Flexner LLP, as follows:

23      1.    On February 28, 2024, Defendant Gamble filed his Motion to Withdraw Plea of

24 Guilty. The Government filed its Response to Defendant Gamble's Motion on March 13, 2024.

25 The Reply in support of Defendant Gamble's Motion must be filed by March 20, 2024.

26      2.    The staff member at Boies Schiller Flexner, LLP (the law firm representing

27 Defendant Gamble) who is most knowledgeable concerning the present case and responsible

28 for assisting with the preparation of Defendant Gamble's Reply has been out of the office and

outside the District of Nevada since March 11, 2024, a date prior to the filing of the Government's Response. She is due to return to work on March 20, 2024, the very day that the Reply is due to be filed. Counsel for Defendant Gamble has requested an extension of the due date for Defendant Gamble's Reply to March 27, 2024, and the Government has graciously agreed to stipulate to this 7-day extension. Granting such an extension will have no impact on Defendant Gamble's rights under the Speedy Trial Act.

3. Consequently, the parties hereby stipulate and agree that **Defendant Gamble's Reply in Support of his Motion to Withdraw Guilty Plea is due on March 27, 2024.**

DATED this 19th day of March, 2024

| BOIES SCHILLER FLEXNER LLP | JASON FRIERSON<br>United States Attorney |
|---|---|
| By: /s/ Richard J. Pocker<br>RICHARD J. POCKER, ESQ.<br>Counsel for Caleb Mitchell Rogers | By: /s/Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 20, 2024