```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                       FOR THE DISTRICT OF NEVADA

 3   UNITED STATES OF AMERICA,    )
                                  ) Case No. 2:22-cr-00267-JAD-EJY
 4              Plaintiff,        )
                                  )        ORDER TEMPORARILY
 5   vs.                          )       UNSEALING PROCEEDING
                                  )
 6   DaJUAN LAMAR GAMBLE,         )
                                  )
 7              Defendant.        )
     _____)
 8

 9          On December 19, 2024, the Court received a request
     from Amber McClane, Federal Official Court Reporter, for a
10   transcript of the partially sealed Jury Trial, Day 1, held on
     October 23, 2023.
11

12          IT IS THEREFORE ORDERED that the court reporter notes
     of said hearing shall be unsealed for the limited purpose of
13   providing the transcript as requested by Richard Pocker, Esq.
     The original court reporter notes shall thereafter be
14   resealed, together with the certified copy of the transcript,
     delivered to the Clerk pursuant to 28 USC § 753(b) until
15   further order of this Court.

16

17          IT IS FURTHER ORDERED that Amber McClane, Federal
     Official Court Reporter, shall not disclose the contents of
18   the transcript of the sealed portion of the proceeding to
     anyone other than the parties or representatives of the
19   parties directly concerned with this case.

20
                              20th              December
21       DATED this _____ day of _____, 2024.

22

23                         _____
                                 JENNIFER A. DORSEY
24                         United States District Court Judge

25
```